# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAMONE T. BLUE,<br><br>               Plaintiff,<br><br>    v.<br><br>ROBERT FUENTES,<br><br>               Defendant. | Case No. C10-127-RAJ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed defendant's motion to dismiss, plaintiff's declaration and other papers, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant's motion to dismiss (Dkt. 15) is **GRANTED**, and this action is DISMISSED without prejudice for failure to exhaust administrative remedies;

3. Plaintiff's apparent motion for partial summary judgment (Dkt. 14) is **DENIED**; and

///

ORDER OF DISMISSAL- 1

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of September, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 2